IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID GUNTHER and KARL ROUNTREE,**<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF ORANGE, GREGORY H. LEWIS, LOUIS P. ETCHEVERY, STATE OF CALIFORNIA, JUDICIAL COUNCIL OF CALIFORNIA, RONALD M. GEORGE, and SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF KERN,**<br><br>　　　　　**Defendants.** | CIV F 07-1044  AWI DLB<br><br>ORDER MOVING HEARING ON DEFENDANT'S RULE 12(b)(1) AND RULE 12(b)(6) MOTION TO SEPTEMBER 17, 2007 |

　　Currently pending before this Court is Defendants's Rule 12(b)(1) and Rule 12(b)(6) motion to dismiss.  This motion is set for hearing on September 10, 2007, at 1:30 p.m.

　　The court has determined that it is necessary to reschedule the hearing on this matter. Therefore, IT IS HEREBY ORDERED that the previously set hearing of September 10, 2007, is VACATED, and the hearing on this matter is set for September 17, 2007, at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:　　September 5, 2007　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE